UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ODOM,<br><br>               Plaintiff,<br>v.<br><br>CRIS DISHMAN and CARMEN DOMINGUEZ,<br><br>               Defendants. | Case No. 13cv303-DMS (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION FOR CLAIM OF EXEMPTION**<br><br>[ECF No. 21] |

       On May 17, 2013, the parties in this case filed a joint motion for entry of a stipulation regarding Defendant Cris Dishman's claim of exemption. ECF No. 21. In support, the parties state that they have signed a settlement agreement which resolves Defendant Dishman's claim of exemption. Id. at 2. Specifically, the parties stipulate that Plaintiff will receive one-half of the funds garnished and currently on deposit with the U.S. Marshals Service ("USMS"), and that the USMS shall continue to garnish $750 per month from Defendant Dishman's wages. Id. Having reviewed the joint motion and stipulation, the Court **GRANTS** the joint motion. Accordingly, the USMS is ordered to distribute one-half of the garnished funds currently on deposit with the USMS to Plaintiff David Odom and the other half to Defendant Cris Dishman. The USMS also is ordered to continue garnishing $750 per month from Defendant Cris Dishman's salary and paying it to Plaintiff David Odom

1  until the debt is satisfied.  Because Defendant Dishman's claim of exemption has been
2  resolved, the Clerk of Court is **ORDERED** to terminate this case.
3       **IT IS SO ORDERED.**

5  DATED: May 22, 2013

                                                  *[signature]*
                                           BARBARA L. MAJOR
                                           United States Magistrate Judge